# CRIMINAL CASE COVER SHEET — U.S. ATTORNEY'S OFFICE

Defendant Name: __Tonya Walker.__

Place of Offense (City & County): __Hamilton County__

Juvenile: Yes ____ No __X__   Matter to be Sealed: Yes ____ No __X__

Interpreter: No __X__ Yes ____ Language: ____

Total # of Counts: __ Petty ___ Misdemeanor (Class __) __1__ Felony

| | ORIGINAL INDICTMENT<br>U.S.C. Citation(s) and Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 | Title 18, United States Code, Section 922(g)(3)<br>Illegal user of controlled substance in possession of a firearm and ammunition | 1 |

(Use tab key after entering counts to create additional rows)

| | SUPERSEDING INDICTMENT<br>U.S.C. Citation(s) and Description of Offense Charged | New count?<br>Y or N | New Count # | Old Count #<br>(if applicable) |
|---|---|---|---|---|
| Set 1 | | | | |

(Use tab key after entering counts to create additional rows)

Current Trial Date (if set): _____ before Judge _____

Criminal Complaint Filed: No __X__ Yes ____ Case No. ____

Defendant on Supervised Release: Yes ____ No ____

Violation Warrant Issued? No ____ Yes ____ Case No. ____

Related Case(s):

Case Number     Defendant's attorney     How related

## Criminal Informations:

Pending criminal case: No ____ Yes ____ Case No. ____

New Separate Case ____     Supersedes Pending Case ____

Name of defendant's attorney: ____

Retained: ____     Appointed: ____

Date: __May 29, 2019__     Signature of AUSA: _s/ Kevin T. Brown_